# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor:                          **KUSSMAN, DONALD**

Chapter 13 Case No.              06-41443
                                 jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MIKE & KRISTINE ETTEL<br>17580 DUTCHMAN DR<br>BURTRAM, MN 56318 | 4 | $18,479.25 | $33.31<br>$47.92 |

**TOTAL TO CLERK'S FUND**                                              $81.23

**September 14, 2011**                         /s/ Kyle L Carlson
DATE                                           TRUSTEE