MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **KUSSMAN, DONALD W**

Chapter 13 Case No. **06-41443**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

*Rung*
*09-26-11 CNN*
*Receipt #*
*113430*

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MIKE & KRISTIEN ETTEL<br>17580 DUTCHMAN DR<br>BURTRAM, 56318 | 4 | $18,479.25 | $16.78 |

RECEIVED 11 SEP 26 AM 9:41 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

**TOTAL TO CLERK'S FUND**                                                                 $16.78

**September 23, 2011**                          /s/ Kyle L Carlson
DATE                                            TRUSTEE